Owen W. Dukelow, Bar No. 196265
KOLISCH HARTWELL
260 Sheridan Avenue, Suite 200
Palo Alto, California 94306
Telephone: (503) 407-7170
Email: owen@khpatent.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Koppes,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Pixels.com, LLC<br><br>　　　　　Defendant. | Case No: <u>2:20-cv-6659</u><br><br>**COMPLAINT FOR COPYRIGHT AND TRADEMARK INFRINGEMENT**<br><br>Jury Trial Demanded |

Plaintiff, Laura Koppes, for her Complaint against Defendant, Pixels.com, LLC states as follows:

**INTRODUCTION**

1. This action is based upon copyright and trademark infringement.

**THE PARTIES**

2. Plaintiff Laura Koppes is an artist residing in Oregon.

3. Laura Koppes creates original artworks, primarily paintings on canvas and other media, and has been selling the artworks in person at fine arts shows in Oregon and Washington for about five years.

4. Ms. Koppes also sells her artwork online at her website,

1. laurakoppes.weebly.com, as well as at her Etsy store at www.etsy.com/shop/ArtofLauraKoppes to customers in states that have included Oregon, Washington, California, and Texas.

4. During the current pandemic, with fine art shows postponed, Ms. Koppes has also been selling her artworks at smaller markets that remain open, such as the Oregon Crafters Market: https://www.oregoncraftersmarket.com/, and at virtual art shows.

4. Plaintiff uses her name, Laura Koppes, and Art of Laura Koppes, as her trademarks for her artwork, including on a banner at her booth at art shows, on cards distributed at her booth and with her artworks, on the artworks themselves, and when she offers for sale and sells her artworks online. For example, her card distributed with her artworks to customers shows her trademarks:



5. Upon information and belief, defendant Pixels.com, LLC is an Illinois limited liability company, having its principal place of business at 2202 Main Street, Santa Monica, California 90405.

6. Defendant displays, offers for sale, and sells copies of artwork through at least two websites: www.pixels.com and www.fineartamerica.com, and through Facebook, Instagram, and other social media.

**JURISDICTION AND VENUE**

1  7.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331
2  and 1338 because there are Federal questions arising under the copyright and
3  trademark laws of the United States.
4  8.      This Court also has personal jurisdiction over Defendant and venue is proper
5  under at least 28 U.S.C. § 1391(c).

## FACTUAL BACKGROUND

7  9.      Laura Koppes' artworks include paintings entitled Measured, Vehemence,
8  Taking Flight, Winter Escape, Heavenly Dance, and Persevere.
9  10.     Photographs of Measured and Vehemence are below:

  

Measured © 2018 Laura Koppes          Vehemence © 2019 Laura Koppes

19  11.     Ms. Koppes owns US Copyright Registrations Nos. VA0002202831 and
20  VA0002189324 for the Measured and Vehemence artworks, respectively. See
21  Exhibit 1, US Copyright Office Records of Copyright Registration Nos.
22  VA0002202831 and VA0002189324.
23  12.     Laura Koppes discovered in 2019 that Defendant is displaying and offering
24  for sale at www.pixels.com and www.fineartamerica.com identical copies of
25  several of her artworks and is using her trademark, Laura Koppes, in selling the
26  copies.
27  13.     Laura Koppes promptly notified Defendant on November 12, 2019 that it is

1  infringing her copyright and trademark rights by selling copies of her artwork and
2  using her trademark to do so without authorization. See Exhibit 2, Email of
3  November 12, 2019 from the undersigned attorney to Sean Broihier at Pixels.com
4  and with cc to the DMCA recipient identified at pixels.com.
5     14.    Plaintiff's notice to Defendant identified several of her artworks at
6  Defendant's websites and the pages where Defendant prominently displays Laura
7  Koppes above her paintings. E.g., https://pixels.com/art/paintings/laura+koppes
8  which displays Laura Koppes' trademark and paintings, including the Measured
9  and Vehemence works:



21  See also Exhibit 3, Screenprint of a page at Defendant's website at pixels.com.
22
23     15.    Plaintiff's notice also demanded that Defendant remove from any and all
24  websites under Defendant's control all copies of Ms. Koppes' artwork and all
25  references to her.
26     16.    Defendant received the notice as shown in two ways: (1) by a reply from
27  Defendant's DMCA account, see Exhibit 4; and (2) by its partial compliance with
28

the demand: Defendant removed one of the copies of her paintings, while leaving five paintings still offered for sale, and under Plaintiff's trademark, Laura Koppes. See Exhibit 5, Email of November 27, 2019 from the undersigned attorney to Sean Broihier at Pixels.com.

17. Defendant offers for sale and sells artworks created by Laura Koppes in at least seven different formats: canvas prints, framed prints, art prints, posters, acrylic prints, wood prints, greeting cards, and metallic prints. See Exhibit 6, Screenprint of pages at Defendant's websites at pixels.com and fineartamerica.com.

18. Laura Koppes has not authorized or licensed Defendant for any use of her copyrighted artworks or her trademarks.

19. Defendant has not removed Laura Koppes' artworks, with the exception of one painting, despite her two demand letters, and Defendant continues selling her artworks using the Laura Koppes trademark.

## COUNT I – COPYRIGHT INFRINGEMENT

20. Plaintiff incorporates by reference all preceding paragraphs.

21. This count is for Copyright Infringement under 17 U.S.C. § 501 et seq.

22. Plaintiff owns the copyrights for the artworks Winter Escape, Persevere, Vehemence, Heavenly Dance, and Measured, and copyright registrations for the Measured and Vehemence artworks.

23. Defendant displays, offers for sale, and sells prints and other reproductions of Laura Koppes' artworks, including Measured and Vehemence.

24. Defendant's copying, displaying, offering for sale, and selling prints and other reproductions and derivative works of Laura Koppes' artworks, including Measured and Vehemence, is without license or authorization from Laura Koppes.

25. Defendant infringes Laura Koppes' copyright by displaying, offering for sale, and selling prints and other reproductions of Laura Koppes' artworks,

1  including Measured and Vehemence, under 17 U.S.C. § 501(a).

2  26. Defendant's infringement, at least since the notice and demand provided to it

3  on November 12, 2019, is willful under 17 U.S.C. § 504(c)(2).

4  27. Plaintiff has no adequate remedy at law.

5

6  **COUNT II – TRADEMARK INFRINGEMENT**

7  28. Plaintiff incorporates by reference all preceding paragraphs.

8  29. This count is for trademark infringement and false designation of origin

9  arising under the Lanham Trademark Act of July 5, 1946, 15 U.S.C. § 1051 et seq.

10 and particularly § 1125(a) thereof.

11 30. Plaintiff has continuously used in commerce for at least five years the

12 trademarks Laura Koppes and Art of Laura Koppes for artworks, including

13 paintings.

14 31. Plaintiff owns all trademark rights to Laura Koppes and Art of Laura Koppes

15 for artwork.

16 32. Defendant advertises for sale and sells copies of Laura Koppes' artworks in

17 the United States using Laura Koppes as a trademark for the artworks.

18 33. Defendant's advertisements and selling of Laura Koppes' artworks willfully

19 misrepresent the source of its goods and are likely to cause confusion amongst

20 customers for Laura Koppes' artworks.

21 34. Defendant's aforesaid, alleged acts constitute infringement of the Laura

22 Koppes and Art of Laura Koppes trademarks and false designation of origin in

23 violation of 15 U.S.C. § 1125(a).

24 35. Plaintiff has no adequate remedy at law.

25

26 WHEREFORE, Plaintiff prays that:

27 a) Defendant be found to have infringed Plaintiff's copyrights;

28

b) Defendant be found to have infringed Plaintiff's trademark rights;

c) Defendant be found to have committed its infringing acts willfully;

d) Plaintiff be awarded damages and enhanced damages for Defendant's willful infringements;

e) Plaintiff be awarded statutory damages of $150,000 for each of Defendant's willful copyright infringements and/or other statutory damages;

f) Defendant be preliminarily and permanently enjoined from infringing Plaintiff's copyrights and trademark rights;

g) Plaintiff be awarded its attorney fees and costs for Defendant's copyright and trademark infringements; and

h) Plaintiff be granted such other relief as the Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues properly tried before a jury.

Dated: July 24, 2020        By:   */s/*
                                  Owen W. Dukelow
                                  KOLISCH HARTWELL
                                  520 S.W. Yamhill Street, Suite 300
                                  Portland, Oregon 97204
                                  Telephone: (503) 407-7170
                                  Email: owen@khpatent.com

                                  Attorney for Plaintiff