**Owen Dukelow**

| | |
|---|---|
| **From:** | Owen Dukelow |
| **Sent:** | Tuesday, November 12, 2019 5:27 PM |
| **To:** | info@pixels.com; sbroihier@pixels.com; sbroihier@fineartamerica.com; support@fineartamerica.com; dmca@stites.com |
| **Cc:** | Wesley Van Der Veen |
| **Subject:** | Laura Koppes Artwork at Pixels.com and FineArtAmerica.com - Kolisch File LHK501 |

Sean Broihier, CEO
Pixels.com, LLC
1450 Second Street               and     2202 Main Street
Santa Monica, California 90401           Santa Monica, California 90405

**Via Email and Certified Mail: info@pixels.com; sbroihier@pixels.com; sbroihier@fineartamerica.com; support@fineartamerica.com; dmca@stites.com**

Re:   Laura Koppes Artwork and Name Displayed at Pixels.com and
      FineArtAmerica.com – Kolisch file LHK501

Dear Mr. Broihier:

My firm represents Laura Koppes in copyright and trademark matters. Ms. Koppes is a well-known creator of original artwork in the Pacific Northwest and you can see and read about her and her artwork at, for example, the following:

https://www.spokesman.com/stories/2019/may/30/mac-artfest-a-tradition-for-artists-art-fans/;

http://ourtownlive.com/ourtown/?p=9370; and

https://laurakoppes.weebly.com/.

Ms. Koppes was recently surprised to see her name and copies of her artwork at your websites at Pixels.com and FineArtAmerica.com. See https://fineartamerica.com/featured/1-persevere-laura-koppes.html and https://pixels.com/featured/taking-flight-laura-koppes.html. Ms. Koppes has not granted you any authorization to copy, display, make, sell, or offer for sale her artwork or any reproductions, prints, or gift cards depicting her artwork, or to use her name in association with any advertising or sales of artworks or reproductions. The titles of Ms. Koppes' artwork presently displayed at your website include Persevere, Taking Flight, Winter Escape, Heavenly Dance, and Vehemence. See https://pixels.com/art/paintings/laura+koppes.

Your copying, displaying, offering for sale, and selling any reproductions of Ms. Koppes' work, under her name, infringe her copyrights in the artwork and her trademark rights in her name. 17 USC § 501 and 15 USC § 1125.

We need for you to take four prompt actions, after which we will discuss an appropriate remedy for this copyright and trademark infringement:

(1) Explain your basis, if any, for copying, displaying, and selling reproductions of Ms. Koppes' artwork;

(2) Report to me all instances of your copying, displaying, or selling reproductions of Ms. Koppes' artwork including each website, the title of each artwork, the dates of the displaying, and the nature of the display and any offers for sale or sales of reproductions;

(3) Preserve all documents, data and information within your possession, custody or control, or your personnel or other associates' possession, custody, or control (whether in electronic or paper form) that

may be evidence of or contain any reference to or any record of any facts or circumstances concerning this matter. The term "document" used herein is defined as broadly as possible and specifically includes, without limitation, electronic data, e-mails and other computer-generated information;

(4) Remove from any and all websites under your control all copies of Ms. Koppes' artwork and all references to her, and confirm to me such removal.

This email is intended to make you aware of the infringements of which Ms. Koppes is currently aware and is without prejudice to her rights and remedies, all of which are expressly reserved. Furthermore, the undersigned has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, or any agent of the owner, or the law. The undersigned declares that the information in this notification is accurate, and, under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive rights that I am alleging to be infringed.

We request your prompt action and response within two weeks.

With best regards,

*[signature: Owen Dukelow]*

Owen W. Dukelow
owen@khpatent.com
Owen W. Dukelow, dir. dial 503-972-9190
Kolisch Hartwell, P.C.
520 SW Yamhill, Suite 300
Portland, Oregon 97204

Email: owen@khpatent.com
Web: http://www.khpatent.com/member/owen-w-dukelow/
Telephone: (503) 224-6655
Fax: (503) 972-9115
++++++++++++++++++++
NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.